UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BOBBY D. WHITLOCK | CIVIL ACTION NO. 15-01814 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LAZOR SPOT, INC. | MAG. JUDGE JOSEPH PEREZ-MONTES |

## JUDGMENT

For the reasons set forth in this Court's Ruling and for those additional reasons in the Report and Recommendation of the Magistrate Judge, which has been adopted by the Court after a *de novo* review of the record, including objections to the Report and Recommendation and the response to the objections,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Lazer Spot, Inc.'s Motion to Dismiss under F.R.C.P. 12(b)(6) is GRANTED, and Plaintiff Bobby D. Whitlock's claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 19th day of January, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE